IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 14-cv-02426-RBJ | Date: October 15, 2014 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| INDEPENDENCE INSTITUTE | *John S. Zakhem* |
| | *Shayne M. Madsen* |
| | *Allen J. Dickerson* |
| **Plaintiffs** | |
| v. | |
| SCOTT GESSLER | *Frederick R. Yarger* |
| SUZANNE STAIERT | *Sueanna P. Johnson* |
| **Defendants** | |

**COURTROOM MINUTES**

**PRELIMINARY INJUNCTION HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

1:32 p.m.    Argument given by Mr. Dickerson on [13] Motion for a Preliminary Injunction with questions from the bench.

2:01 p.m    Argument given by Mr. Yarger on [13] Motion for a Preliminary Injunction and [21] Secretary's Cross-Motion for Summary Judgment with questions from the bench.

2:23 p.m.    Additional argument given by Mr. Dickerson with questions from the bench.

**ORDERED: Motions are TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess: 2:42 p.m.        Hearing concluded.        Total time in Court:   01:11